Sean Kealii Enos, No. 023634
Jeffrey W. Johnson, No. 024435
SCHMEISER, OLSEN & WATTS, LLP
18 E. University Drive, Suite 101
Mesa, AZ 85201
Tel: (480) 655-0073
Fax: (480) 655-9536
kenos@IPlawUSA.com
jjohnson@IPlawUSA.com

Attorneys for Defendant Recon Enterprise, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MMI, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Metal Motorsports, Inc., an Arizona corporation; The Pep Boys Manny Moe & Jack of California, a foreign corporation; Recon Enterprise, LLC, an Arizona limited liability company; John and Jane Does 1-97, and Black and White Companies 1-97,<br><br>Defendants. | No. CV-16-02433-PHX-DGC<br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff MMI, Inc., Defendant Recon Enterprise, LLC ("Recon"), and Defendant The Pep Boys Manny Moe & Jack of California ("Pep Boys") (collectively, the "Parties"), each by counsel, hereby jointly stipulate to the dismissal WITH PREJUDICE of all of Plaintiff's claims against Recon and Pep Boys.

The Parties stipulate that the dismissal with prejudice resulting from this stipulation shall constitute a final judgment on the merits of Plaintiff's claims for purposes of res judicata, collateral estoppel, issue preclusion and claim preclusion.

In light of the foregoing, the Parties hereby jointly move for dismissal as stated above according to the foregoing stipulated terms, with each party bearing its own attorney fees and costs. A proposed order is attached.

RESPECTFULLY SUBMITTED this 1st day of December 2017.

SCHMEISER, OLSEN & WATTS, LLP


By: _/s/Jeffrey W. Johnson_
    Jeffrey W. Johnson
    Sean Kealii Enos
    18 E. University Drive, Suite 101
    Mesa, Arizona 85201Attorneys for
    Defendant Recon Enterprise, LLC


LEWIS ROCA ROTHGERBER
CHRISTIE, LLP


By: _/s/Foster Robberson (w. permission)_
    Foster Robberson
    201 E. Washington Street, Suite 1200
    Phoenix, Arizona 85004
    Attorneys for Defendant/
    Counterclaimant The Pep Boys


BURCH & CRACCHIOLO, P.A.


By: _/s/Matthew Skelly (w. permission)_
Matthew J. Skelly
Jake Curtis
702 E. Osborn Rd., Suite 200
Phoenix, Arizona 85014
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2017, I electronically transmitted the Joint Stipulation for Dismissal with Prejudice using the CM/ECF system for filing. A transmittal of notice of Electronic Filing was sent to the following:

Jeffrey W. Johnson – jjohnson@iplawusa.com

Sean Kealii Enos – kenos@iplawusa.com

Foster Robberson – frobberson@lrrc.com

Shane E. Olafson – solafson@lrrc.com

Jake Curtis – jcurtis@bcattorneys.com

Matthew J. Skelly – mskelly@bcattorneys.com

DATED this 1st day of December 2017.

SCHMEISER, OLSEN & WATTS, LLP


By: _/s/ Jeffrey W. Johnson_____
Jeffrey W. Johnson
Sean Kealii Enos
18 E. University Drive, Suite 101
Mesa, Arizona 85201

Attorneys for Defendant Recon Enterprise, LLC